UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 23-00124-FWS (DFMx) | Date | September 29, 2023 |
| Title | Miguel Lerma, Jr. v. Amazon.com Services, LLC et al | | |

Present: The Honorable **FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE

The Court, having been advised that this action has been resolved by a Stipulation to Dismiss [33], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Any pending Order to Show Cause is hereby discharged.

\_\_\_\_\_ : \_\_\_\_\_

Initials of Deputy Clerk    mku